No. 281. ELLIS v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. D. Haden Linebaugh* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *Wm. H. Riley Jr.,* for the United States.

No. 284. FOOSHEE ET AL. v. SNAVELY. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John L. Abbot* and *R. L. Fooshee* for petitioners. *Mr. Harvey B. Apperson* for respondent.

No. 287. DRESSER ET AL., ADMINISTRATORS, v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert B. Dresser* and *Joseph Fairbanks* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Charles F. Kincheloe, Fred K. Dyar,* and *Erwin N. Griswold* for the United States.

No. 288. SOUTHERN RY. Co. v. WILKINS, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Appellate Court of Indiana denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, John D. Welman,* and *S. R. Prince* for petitioner. *Mr. T. Morton McDonald* for respondent.

No. 289. MORING v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Mack*